UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-60693-UU

THERMOLIFE INTERNATIONAL, LLC
 *et al.*,

      Plaintiffs,

v.

VITAMIN SHOPPE, INC., *et al*,

      Defendants.

_____/

**ORDER RESETTING PLANNING & SCHEDULING CONFERENCE**

THIS CAUSE is hereby re-set for an Initial Planning and Scheduling Conference before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida, on **Friday, July 8, 2016**, at 9:30 A.M.

DONE AND ORDERED in chambers at Miami, Florida this __29th__ day of June, 2016.

                                              */s/ Ursula Ungaro*
                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record