**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:16-cv-60693-UU**

WERTEKS CLOSED JOINT STOCK
COMPANY d/b/a WERTEKS
PHARMACEUTICAL COMPANY and
THERMOLIFE INTERNATIONAL, LLC

       Plaintiffs,

v.

VITAMIN SHOPPE, INC., VITACOST.COM,
INC., and VITAL PHARMACEUTICALS, INC.
d/b/a VPX

       Defendants.
_____/

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

In accordance with the Court's August 23, 2016 Order (ECF No. 34), Plaintiffs Werteks Closed Joint Company d/b/a Werteks Pharmaceutical Company and ThermoLife International, LLC (collectively "Plaintiffs") and Defendant Vital Pharmaceuticals, Inc. d/b/a VPX[1] ("Defendant"), by and through their counsel, hereby jointly submit this Joint Claim Construction and Prehearing Statement in anticipation of the claim construction hearing scheduled for December 7, 2016 at 10:30 a.m.

    **A.**    **The Parties' Proposed Constructions of the Disputed Term**

There is one disputed term in this action: "X is low-molecular-weight organic or mineral acid or water" (*see* U.S. Patent No. 8,350,077; claims 1 and 3). The parties' proposed constructions of that term are as follows:

---

[1] This action is stayed as to co-defendants Vitamin Shoppe, Inc. and Vitacost.com, Inc. *See* ECF No. 26.

| Plaintiffs' Proposed Claim Construction of "X is low-molecular-weight organic or mineral acid or water" | Defendant's Proposed Claim Construction of "X is low-molecular-weight organic or mineral acid or water" |
|---|---|
| "Water" refers to degrees of hydration, and hydrate systems can be classified from anhydrous, where the coefficient that is implicit in "X" would be zero, to higher degrees of hydrates, where the coefficient would be greater than zero. | The term "X is low-molecular-weight organic or mineral acid or water" requires that that X **must be** one molecule of "low-molecular-weight organic or mineral acid or water." "X" therefore cannot be equal to zero molecules of low-molecular-weight organic or mineral acid or water. |

B.  **Anticipated Length of Claim Construction Hearing**

The parties do not anticipate that they will need more than sixty (60) minutes per side (for a total of 120 minutes) for their respective presentations at the claim construction hearing on the disputed term.

C.  **Evidence at the Claim Construction Hearing**

Plaintiffs will submit a declaration from Dr. Richard Chamberlin[2], and Defendant will submit a declaration from Dr. Gregg Fields, with their respective opening *Markman* briefs due November 14, 2016[3]; and they may submit responding declarations in their responding briefs due December 2, 2016. Neither Plaintiffs nor Defendant anticipate calling any live witnesses at the claim construction hearing.

---

[2] Defendant objects to Plaintiffs' submission of a Declaration from Dr. Chamberlin as being untimely and prejudicial. Defendant will set forth the basis for this objection more fully in Defendant's opening *Markman* brief, as well as file a separate Motion to strike should a declaration from Dr. Chamberlin be submitted.

[3] The Scheduling Order has these briefs due on November 11, 2016 which is Veterans Day and a Legal Holiday. Thus the briefs will be filed on November 14, 2016, which is the next business day.

Dated: November 4, 2016

Respectfully submitted,

s/ Kalman Magyar
Kalman Magyar, Esq.
kalman@mbollp.com
Pro Hac Vice
Magyar, Bogle & O'Hara LLP
300 International Drive, Suite 100
Williamsville, NY 14221
(647) 300-6163 (Telephone)
(647) 300-6163 (Facsimile)
*Attorney for Plaintiffs*

Garrett A. Barten, Esq.
gbarten@cwiplaw.com
Florida Bar No. 55371
Alan M. Weisberg, Esq.
aweisberg@cwiplaw.com
Florida Bar No. 479349
Elissa A. Tisdahl, Esq.
etisdahl@cwiplaw.com
Florida Bar No. 85521
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
(954) 828-1488 (Telephone)
(954) 828-9122 (Facsimile)
*Attorneys for Plaintiffs*

s/ Neil D. Kodsi
Neil D. Kodsi, Esq.
nkodsi@ndkodsilaw.com
Florida Bar No. 0011255
LAW OFFICES OF NEIL D. KODSI
2 South University Drive, Suite 315
Plantation, Florida 33324
*Attorneys for Defendants*

Marc J. Kesten, Esq.
Marc.Kesten@vpxsports.com
Vital Pharmaceuticals, Inc.
1600 North Park Drive
Weston, Florida 33326
Telephone: (954) 641-0530
*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2016, a true and correct copy of the foregoing, Joint Claim Construction and Prehearing Statement, was served by electronically filing with the Clerk of the Court using CM/ECF, on all counsel or parties of record on the Service List provided below.

*s/ Emily D. Imber*
Emily D. Imber

## SERVICE LIST

Neil D. Kodsi, Esq.
nkodsi@ndkodsilaw.com
Florida Bar No. 479349
Law Offices of Neil D. Kodsi
2 South University Drive, Suite 315
Plantation, Florida 33324
(786) 464-0841 (Telephone)
(954) 790-6722 (Facsimile)
*Attorney for Defendants*

Marc J. Kesten
marc.kesten@vpxsports.com
Florida Bar No. 691801
Vital Pharmaceuticals, Inc.
1600 North Park Drive
Weston, Florida 33326
(954) 641-0530 (Telephone)
888-255-1397 (Facsimile)
*Attorney for Defendants*