UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-60693-UU

WERTEKS CLOSED JOINT STOCK
COMPANY d/b/a WERTEKS
PHARMACEUTICAL COMPANY and
THERMOLIFE INTERNATIONAL, LLC,

        Plaintiffs,

v.

VITAMIN SHOPPE, INC., VITACOST.COM,
INC., and VITAL PHARMACEUTICALS, INC.,
d/b/a VPX,

        Defendants.
_____/

## ORDER OF DISMISSAL

UPON CONSIDERATION of the parties Notice of Settlement and Stipulation of Dismissal, it is hereby

**ORDERED AND ADJUDGED** that:

1) Plaintiffs' Amended Complaint is hereby **DISMISSED *WITH* PREJUDICE**;

2) Defendants' Counterclaims are hereby **DISMISSED *WITHOUT* PREJUDICE**;

3) Each party is to bear its own fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of March, 2017.

                URSULA UNGARO
                UNITED STATES DISTRICT JUDGE

copies provided: counsel of record